UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 26-381-GW-MBKx | Date | April 13, 2026 |
|---|---|---|---|
| Title | *Yuri Doering v. Kuang Chiu Tseng, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On April 13, 2026, Plaintiff Yuri Doering filed a Notice of Settlement [10]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for May 14, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on May 13, 2026.

|  | : |
|---|---|
| Initials of Preparer | JG |